Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 65499.—Sears, Roebuck and Co. *v.* United States, protests 59/10579, etc. (Los Angeles).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 65500.—American Bayard Cycle Co. *v.* United States, protest 59/14564 (Cleveland).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 65501.—Seedman International Corp. *v.* United States, protests 60/4080–11345, etc. (Chicago).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the

subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 65502.—Sears, Roebuck and Co. *v.* United States, protest 60/4633 (Seattle).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 65503.—Sears, Roebuck and Co. *v.* United States, protests 60/7683–15910, etc. (New Orleans).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 65504.—Frank P. Dow, Inc., and California Stockmen's Supply Co. *v.* United States, protest 59/34129 (San Francisco).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of foot rot secateurs similar in all material respects to those the subject of Abstract 64713, the claim of the plaintiffs was sustained.

No. 65505.—Seymour Smith & Son, Inc. *v.* United States, protest 60/8418 (New York).